# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB<br><br>MDL No. 2323 |

THIS DOCUMENT RELATES TO:

*Maxwell* v. *Nat'l Football League*, No. 12-cv-1023;
*Barnes* v. *Nat'l Football League*, No. 12-cv-1024;
*Pear* v. *Nat'l Football League*, No. 12-cv-1025;
*Camarena* v. *Nat'l Football League*, No. 12-cv-3125;
*Monk* v. *Nat'l Football League*, No. 12-cv-3533;
*Henderson* v. *Nat'l Football League*, No. 12-cv-3534;
*Kuechenberg* v. *Nat'l Football League*, No. 12-cv-3535;
*Rademacher* v. *Nat'l Football League*, No. 12-cv-3776;
*Morton* v. *Nat'l Football League*, No. 12-cv-4087;
*Cunningham* v. *Nat'l Football League*, No. 12-cv-4574;
*Kapp* v. *Nat'l Football League*, No. 12-cv-4575;
*Bauman* v. *Nat'l Football League*, No. 12-cv-4576;
*Morris* v. *Nat'l Football League*, No. 12-cv-5210;
*Bailey* v. *Nat'l Football League*, No. 12-cv-5372;
*Means* v. *Nat'l Football League*, No. 12-cv-5781;

2

*Aronson* v. *Nat'l Football League*,
No. 12-cv-6904;
*Sweet* v. *Nat'l Football League*,
No. 12-cv-7214

## WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of John M. Rappaport as counsel for Defendants National Football League and NFL Properties LLC in the above-captioned actions.

Dated:  December 28, 2012

/s/ *John M. Rappaport*
John M. Rappaport
MUNGER, TOLLES & OLSON LLP
355 S. Grand Ave., 35th Floor
Los Angeles, CA  90071
Tel. 213-683-9100

*Attorney for the National Football League and NFL Properties LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323-AB <br><br> MDL No. 2323 |
| THIS DOCUMENT RELATES TO: | **Certificate of Service** |

*Maxwell* v. *Nat'l Football League*, No. 12-cv-1023;
*Barnes* v. *Nat'l Football League*, No. 12-cv-1024;
*Pear* v. *Nat'l Football League*, No. 12-cv-1025;
*Camarena* v. *Nat'l Football League*, No. 12-cv-3125;
*Monk* v. *Nat'l Football League*, No. 12-cv-3533;
*Henderson* v. *Nat'l Football League*, No. 12-cv-3534;
*Kuechenberg* v. *Nat'l Football League*, No. 12-cv-3535;
*Rademacher* v. *Nat'l Football League*, No. 12-cv-3776;
*Morton* v. *Nat'l Football League*, No. 12-cv-4087;
*Cunningham* v. *Nat'l Football League*, No. 12-cv-4574;
*Kapp* v. *Nat'l Football League*, No. 12-cv-4575;
*Bauman* v. *Nat'l Football League*, No. 12-cv-4576;
*Morris* v. *Nat'l Football League*, No. 12-cv-5210;
*Bailey* v. *Nat'l Football League*, No. 12-cv-5372;
*Means* v. *Nat'l Football League*, No. 12-cv-5781;

2

*Aronson* v. *Nat'l Football League*,
No. 12-cv-6904;
*Sweet* v. *Nat'l Football League*,
No. 12-cv-7214

      I hereby certify that, on December 28, 2012, I caused a true and correct copy of the foregoing WITHDRAWAL OF APPEARANCE to be filed via CM/ECF system, which caused notice to be sent to all counsel of record.

      /s/ *John M. Rappaport*
John M. Rappaport
MUNGER, TOLLES & OLSON LLP
355 S. Grand Ave., 35th Floor
Los Angeles, CA  90071
Tel. 213-683-9100

*Attorney for the National Football League and NFL Properties LLC*

2